

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

May 30, 1939

Honorable Stephen P. Hebert
County Attorney, DeWitt County
Cuero, Texas

Dear Sir:

Opinion No. O-888
Re: Is a sheriff or constable entitled to
his usual 5% collection fee on the
trial fee in the justice court, as
well as on the fine in said court?

Your request for opinion on the above stated question has
been received by this department.

Article 951, Code of Criminal Procedure of Texas, reads
as follows:

"The sheriff or other officer, except a justice
of the peace or his clerk, who collects money for the
State or county, except jury fees, under any provision
of this Code, shall be entitled to retain five per
cent thereof when collected."

Article 1074, Code of Criminal Procedure of Texas, reads as
follows:

"In each case of conviction in a county court,
or a county court at law, whether by a jury or by
a court, there shall be taxed against the defendant
or against all defendants, when several are held
jointly, a trial fee of five dollars, the same to be
collected and paid over in the same manner as in the
case of a jury fee, and in the Justice Court the
trial fee shall be the sum of four dollars."

Article 949, Code of Criminal Procedure of Texas, reads as
follows:

"Money collected by an officer upon recognizances,
bail bonds and other obligations recovered upon in the
name of the State under any provision of this Code, and

all fines, forfeitures, judgments and jury fees,
collected under any provision of this Code, shall
forthwith be paid over by the officers collecting
the same to the county treasurer of the proper
county, after first deducting therefrom the legal
fees and commissions for collecting the same."

On February 4, 1918, this department held in a confer-
ence opinion written by Hon. C. W. Taylor, Assistant Attorney
General, that the sheriff is entitled to 5% commission on
trial fees which he actually collected.

On April 5, 1932, this department held in a letter
opinion written by Hon. Willis Gresham, Assistant Attorney
General, that the sheriff was entitled to a commission of
5% on all trial fees actually collected by him.

You are respectfully advised that in view of Article 951,
C.C.P. of Texas, it is the opinion of this department that a
sheriff or constable would be entitled to his usual 5% collec-
tion fee on the trial fee in the justice court, if he actually
collected the trial fee, as well as on the fine in said court,
if he actually collected the fine in said court.

Trusting that this answers your inquiry, we are

Very truly yours

ATTORNEY GENERAL OF TEXAS

By                          (signed)
                       Wm. J. Fanning
                          Assistant

WJF:AW

APPROVED:

Gerald C. Mann (signed)
ATTORNEY GENERAL OF TEXAS

(Stamped:)  Approved
            Opinion Committee
            By  R.W.F., Chairman